# UNITED STATES DISTRICT COURT

## District of Minnesota

Jessica Patricia Hernandez Castillo,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Daren K. Margolin, Peter Berg, Sheriff Joel Brott, Department of Homeland Security, Immigration and Customs Enforcement and Executive Office for Immigration Review,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-85 ECT/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Jessica C.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED** as follows:

1. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

2. Respondents are **ENJOINED** from denying Petitioner a bond hearing on the basis that 8 U.S.C. § 1225(b)(2) applies to Petitioner, and Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a)(2)(A).

Date: 1/16/2026

KATE M. FOGARTY, CLERK